UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY M. DUNAWAY, SR.,

Plaintiff,

Case No. 3:26-cv-116

vs.

CITY OF MIAMISBURG, OHIO, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

Defendants.

---

**ORDER: (1) OVERRULING *PRO SE* PLAINTIFF'S OBJECTIONS (Doc. No. 3); (2) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 2); (3) DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION (Doc. No. 1); (4) ORDERING PLAINTIFF TO PAY THE FILING FEE AND ADMINISTRATIVE FEE BY NOVEMBER 5, 2026; AND (5) PUTTING PLAINTIFF ON NOTICE THAT SHOULD HE NOT PAY THE REQUIRED FEES, HIS CASE MAY BE DISMISSED**

---

Plaintiff Anthony M. Dunaway, Sr. brings this case *pro se* under an application to proceed *in forma pauperis* ("IFP") against Defendants, City of Miamisburg, Ohio; Officer Megan Simpson; Montgomery County Ohio; and the Montgomery County Board of Commissioners. Doc. No 1-1. On July 15, 2026, United States Magistrate Judge Gentry issued a Report and Recommendation ("R&R") in which she recommended that the Court deny Plaintiff's IFP application (Doc. No. 1). Doc. No. 2. Plaintiff filed timely objections to the R&R. Doc. No. 3.

The Court has reviewed *de novo*, as required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), Plaintiff's objections and all filings in this matter. Liberally construing Plaintiff's *pro se* filings in his favor and accepting his factual allegations as true, the Court finds no merit to Plaintiff's objections. *See Brent v. Wayne Cnty. Dep't of Hum. Servs.*, 901 F.3d 656, 676 (6th Cir. 2018) ("We liberally construe *pro se* filings"). Judge Gentry's R&R is not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a).

The Court notes, as did Judge Gentry (*see* Doc. No. 2 at PageID 13–14), that Plaintiff has filed several IFP applications in other pending cases in this Court and those applications contain inconsistent financial information. Moreover, in his objection to the R&R, Plaintiff includes an affidavit in which his grandmother, Judith Dunaway, with whom he resides, testifies that he is no longer contributing toward household expenses. Doc. No. 6-2 at PageID 48. As Judge Gentry explains in the R&R, when Plaintiff's housing expense is set aside, he has more than sufficient funds to pay the filing fee.

Accordingly, Plaintiff's objections are **OVERRULED**. The R&R is hereby **ADOPTED**. As such, the Court **ORDERS** Plaintiff to pay $405 (the $350 filing fee plus a $55 administrative fee) in full by **November 5, 2026**. Plaintiff is hereby **ON NOTICE** that, should he not pay the required fees by **November 5, 2026**, his case may be dismissed.

**IT IS SO ORDERED.**

October 16, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge